UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
Urbana Division

| | |
|---|---|
| CLARK ABBOTT, ) | |
|         **Plaintiff,** ) | |
| v. ) | |
| ) | Case No. 08-2177 |
| MICHAEL J. ASTRUE, ) | |
| COMMISSIONER OF SOCIAL SECURITY, ) | |
| ) | |
|         **Defendant.** ) | |

# O R D E R

In January 2008, Administrative Law Judge (hereinafter "ALJ") John Wood denied Plaintiff Clark Abbott's application for disability insurance benefits. ALJ Wood based his decision on a finding that Plaintiff was able to perform jobs that exist in significant numbers in the national economy.

In August 2008, Plaintiff filed a Complaint To Review Decision of Social Security (#5) against Defendant Michael Astrue, the Commissioner of Social Security, seeking judicial review of the ALJ's decision to deny social security benefits. In February 2009, Plaintiff filed a Motion for Summary Judgment (#17). In May 2009, Defendant filed a Motion for an Order Which Affirms the Commissioner's Decision (#22). In June 2009, Plaintiff filed a Memorandum in Reply to Commissioner's Memorandum in Support of Motion for Summary Affirmance (#24).

After reviewing the administrative record and the parties' memoranda, this Court entered an Order denying Plaintiff's Motion for Summary Judgment (#17). Consistent with the Court's reasoning in the Order granting Plaintiff's motion, the Court now **GRANTS** Defendant's Motion for an Order Which Affirms the Commissioner's Decision **(#22)**.

ENTER this 10th day of November, 2009.



        s/ DAVID G. BERNTHAL
        U.S. MAGISTRATE JUDGE