AO 450 (Rev. 5/85) Judgment in a Civil Case

E-FILED
Tuesday, 10 November, 2009  01:31:12 PM
 Clerk, U.S. District Court, ILCD

# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

## JUDGMENT IN A CIVIL CASE

**CLARK ABBOTT,**
      **Plaintiff,**

vs.                                                                                                     Case Number:    **08-2177**

**MICHAEL J. ASTRUE,**
**COMMISSIONER OF SOCIAL SECURITY,**
      **Defendant.**

☐ **DECISION BY THE COURT**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of the defendant and against the plaintiff.  The Court AFFIRMS the Decision of the Commissioner.

                                      ENTER this 10th  day of November, 2009.

                                        s/Pamela E. Robinson

                                      _____
                                      PAMELA E. ROBINSON, CLERK

                                        s/S. Johnson
                                      _____
                                      BY:  DEPUTY CLERK